FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0454

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0454

IN RE THE MARRIAGE OF

ROBERT J. BURNS,

        Petitioner/Appellant,

vs.

LEE MALDEREY BURNS,

        Respondent/Appellee.

**ORDER GRANTING EXTENSION OF TIME TO TRANSMIT RECORD**

Upon consideration of Appellant's Motion for Extension of Time to Transmit Record, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Court Reporter Tamara Stuckey is granted an extension of time to and including November 5, 2022, within which to transmit the transcripts necessary for appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2022